Filer Selected Hearing Date: This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Location: <<CourtRoomNumber>>
Forms are free at ilcourts.info/forms.
Judge: Courtroom 0204
System Generated Hearing Date: 11/9/2023 9:00 AM
Location: Court Room 0204
Judge: Allegretti, James L.

# STATE OF ILLINOIS
## CIRCUIT COURT
### Cook COUNTY

**SUMMONS**

For Court Use Only

FILED
9/19/2023 5:37 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20232001963
Courtroom, 0204
24441994

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | New Age Leasing, LLC **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* CR Blessing Transportation and Investments, and Chevelle Rogers | 20232001963 **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

## IMPORTANT: You have been sued.

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

SU-S 1503.4 Page 1 of 5 (05/23)

| | | |
|---|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:** <br> a. Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last)*: Chevel Rodgers and CR Blessing LLC <br> Registered Agent's name, if any: Chevel Rodgers <br> Street Address, Unit #: 42066 Pacific Grove Way <br> City, State, ZIP: Temecula, CA 92561 <br> Telephone: _____ Email: _____ | |
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last)*: _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ | |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | c. Method of service on Defendant/Respondent: <br> ☐ Sheriff  ☐ Sheriff outside Illinois: _____ *County & State* <br> ☑ Special process server  ☐ Licensed private detective | |
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☑ **I am serving more than 1 Defendant/Respondent.** <br> I have attached  1  Additional Defendant/Respondent Address *Number* <br> and Service Information forms. | |
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | **2.** **Information about the lawsuit:** <br> a. Amount claimed: $29,964 <br> ☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). | |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:** <br> Name *(First, Middle, Last)*: Lou Karnezis <br> Street Address, Unit #: 350 South Northwest Hwy, Suite 300 <br> City, State, ZIP: Park Ridge, IL 60068 <br> Telephone: 847-656-5278  Email: karnezislaw@gmail.com | |
| | **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. | |
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. | |
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** <br> ☐ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: <br> Address: 5600 Old Orchard Rd. <br> City, State, ZIP: Skokie, IL 60077 | |

| | | |
|---|---|---|
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. **Attend court:** On: _____ at _____ ☐ a.m. ☐ p.m. in _____ <br>                  Date                    Time                                     Courtroom <br> **In-person at:** _____ <br>          *Courthouse Address*        *City*             *State*     *ZIP* <br> **OR** | |
| In **4b**, fill out: <br>• The court date and time the clerk gave you. <br>• The courtroom and address of the court building. <br>• The call-in or video information for remote appearances (if applicable). <br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): <br>     By telephone: _____ <br>                 *Call-in number for telephone remote appearance* <br>     By video conference: _____ <br>                    *Video conference website* <br>     _____ <br>     *Video conference log-in information (meeting ID, password, etc.)* <br> Call the Circuit Clerk at: _____ or visit their website <br>                      *Circuit Clerk's phone number* <br> at: _____ to find out more about how to do this. <br>     *Website* | |
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____ <br><br> **Clerk of the Court:** 9/19/2023 5:37 PM IRIS Y. MARTINEZ | *Seal of Court* |

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
                                *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

System Generated Hearing Date: 8/1/2023 9:00 AM
Location: Court Room 0204
Judge: Allegretti, James L.

Case: 1:24-cv-00229 Document #: 1 Filed: 01/09/24 Page 4 of 10 PageID #:4

FILED
6/9/2023 4:39 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## SECOND DIVISION, MUNICIPAL DEPARTMENT

| | |
|---|---|
| NEW AGE LEASING, LLC. | ) |
| Plaintiff, | ) |
| v. | ) No. 20232001963 |
| CR BLESSING TRANSPORTATION AND INVESTMENTS, and CHEVEL RODGERS, | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff NEW AGE LEASING, LLC. (hereinafter referred to as "NEW AGE"), by and through its attorneys, KARNEZIS LAW GROUP LLC, and for its Complaint at Law against Defendants CR BLESSING TRANSPORTATION AND INVESTMENTS and CHEVEL RODGERS (collectively referred to as "Rodgers"), states as follows:

### NATURE OF ACTION

1. In this action, NEW AGE seeks monetary damages against Rodgers, a tractor-trailer owner-operator, for breach of contract.

2. As a result of Rodgers' conduct, NEW AGE has lost, and will continue to monies due to Rodgers' refusal to return equipment Rodgers is currently leasing from Plaintiff.

### THE PARTIES

3. Plaintiff NEW AGE is an Iowa Limited Liability Company with its principal place of business in Des Plaines, Illinois.

4. Defendant CR Blessing Transportation and Investments is a California entity with its principal place of business located in Temecula, California.

5. Defendant Rodgers is the owner of defendant CR Blessing Transportation and Investments and is a resident of the state of California.

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this action under, including but not limited to, subsections (a)(l), (a)(3), (a)(7), (b)(l), (b)(2), (b)(4) and (c) of Section 2-209 of the Illinois Code of Civil Procedure. 735 ILCS § 5/209.

7. Venue is proper under 735 ILCS § 5/2-101(1) because NEW AGE is located in Cook County and furthermore because the contractual agreement between the parties provides that venue is appropriate in Cook County, Illinois.

## FACTS COMMON TO ALL COUNTS

8. NEW AGE is in the business of over the road trucking and has a national customer base.

9. Rodgers is also in the business of over the road trucking and has a small fleet of four (4) tractor-trailers that was to work exclusively with NEW AGE.

10. In or about June 2021, Rodgers solicited NEW AGE's business via a business relationship through a series of Independent Contractor Lease Agreements. The Agreement provided that NEW AGE would broker loads to Rodgers and its drivers as NEW AGE's authorized carrier. (Copies of the four Agreements are attached hereto as Exhibits "A" through "D" respectively).

11. Rodgers represented itself to be an expert in the trucking industry and it committed to partnering with NEW AGE to provide over the road trucking services.

12. That based on Rodgers's representations, NEW AGE contracted with Rodgers to provide trucking services.

13. Rodgers has refused its financial commitments under its agreements with Plaintiff, which has caused substantial harm to Plaintiff.

## COUNT I (BREACH OF CONTRACT)

14. Plaintiff hereby adopts paragraphs 8-17 as if fully set forth herein.

15. In or about June 2021, NEW AGE and Rodgers entered into a contract regarding the leasing of a tractor identified as Freightliner 2021 #231. The contract concerned NEW AGE's retention of Rodgers to provide trucking services for itself and its customers and as part of said contract Rodgers was to comport itself within the customs and practice of said entities. (A copy of said agreement is attached hereto as Exhibit "A").

16. Rodgers breached its obligations under the agreement by:

    a. Failing to make required payments to NEW AGE;

    b. Failing to perform tasks to which it was contractually obligated to perform and to which it was assigned on behalf of NEW AGE;

    c. Failing to provide sufficient training for the support team or sufficient human capital to successfully support NEW AGE;

    d. Failing to ensure its employees properly attended to work hours; and/or

    e. Failing to meet deadlines and obligations leading to a delay in deliveries.

17. That NEW AGE complied with its obligations pursuant to the contract.

18. That as a result of the aforementioned conduct, NEW AGE was damaged to the extent that it was unable to receive or recoup revenue generated by the services rendered.

## COUNT II (BREACH OF CONTRACT)

19. Plaintiff hereby adopts paragraphs 8-17 as if fully set forth herein.

20. In or about June 2021, NEW AGE and Rodgers entered into a contract regarding the leasing of a tractor identified as Freightliner Cascadia 2017 #130. The contract concerned NEW AGE's retention of Rodgers to provide trucking services for itself and its customers and as part of said contract Rodgers was to comport itself within the customs and practice of said entities. (A copy of said agreement is attached hereto as Exhibit "B").

21. Rodgers breached its obligations under the agreement by:

   a. Failing to make required payments to NEW AGE;

   b. Failing to perform tasks to which it was contractually obligated to perform and to which it was assigned on behalf of NEW AGE;

   c. Failing to provide sufficient training for the support team or sufficient human capital to successfully support NEW AGE;

   d. Failing to ensure its employees properly attended to work hours; and/or

   e. Failing to meet deadlines and obligations leading to a delay in deliveries.

22. That NEW AGE complied with its obligations pursuant to the contract. That as a result of the aforementioned conduct, NEW AGE was damaged to the extent that it was unable to receive or recoup revenue generated by the services rendered.

**COUNT III (BREACH OF CONTRACT)**

23. Plaintiff hereby adopts paragraphs 8-17 as if fully set forth herein.

24. In or about June 2021, NEW AGE and Rodgers entered into a contract regarding the leasing of a tractor identified as Freightliner 2017 #174/Utility 2018 #5352. The contract concerned NEW AGE's retention of Rodgers to provide trucking services for itself and its

customers and as part of said contract Rodgers was to comport itself within the customs and practice of said entities. (A copy of said agreement is attached hereto as Exhibit "C").

25. Rodgers breached its obligations under the agreement by:

   a. Failing to make required payments to NEW AGE;

   b. Failing to perform tasks to which it was contractually obligated to perform and to which it was assigned on behalf of NEW AGE;

   c. Failing to provide sufficient training for the support team or sufficient human capital to successfully support NEW AGE;

   d. Failing to ensure its employees properly attended to work hours; and/or

   e. Failing to meet deadlines and obligations leading to a delay in deliveries.

26. That NEW AGE complied with its obligations pursuant to the contract.

That as a result of the aforementioned conduct, NEW AGE was damaged to the extent that it was unable to receive or recoup revenue generated by the services rendered.

## COUNT IV (BREACH OF CONTRACT)

27. Plaintiff hereby adopts paragraphs 8-17 as if fully set forth herein.

28. In or about June 2021, NEW AGE and Rodgers entered into a contract regarding the leasing of a tractor identified as Freightliner Cascadia 2017 #128. The contract concerned NEW AGE's retention of Rodgers to provide trucking services for itself and its customers and as part of said contract Rodgers was to comport itself within the customs and practice of said entities. (A copy of said agreement is attached hereto as Exhibit "D").

29. Rodgers breached its obligations under the agreement by:

   a. Failing to make required payments to NEW AGE;

      b. Failing to perform tasks to which it was contractually obligated to perform and to which it was assigned on behalf of NEW AGE;

      c. Failing to provide sufficient training for the support team or sufficient human capital to successfully support NEW AGE;

      d. Failing to ensure its employees properly attended to work hours; and/or

      e. Failing to meet deadlines and obligations leading to a delay in deliveries.

30. That NEW AGE complied with its obligations pursuant to the contract.

That as a result of the aforementioned conduct, NEW AGE was damaged to the extent that it was unable to receive or recoup revenue generated by the services rendered.

## COUNT V (BREACH OF CONTRACT)

31. Plaintiff hereby adopts paragraphs 8-17 as if fully set forth herein.

32. In or about June 2021, NEW AGE and Rodgers entered into a series of contracts heretofore referenced above and identified as Exhibits "A" through "D".

33. As part of said contracts, Rodgers was to operate and maintain trailers used to haul goods and materials.

34. Rodgers breached its obligations under the agreements by:

      a. Abandoning the trailers in a truck yard that was not owned or operated by NEW AGE;

      b. Failing to ensure that said trailers would be free from damage as a result of said abandonment;

      c. Failing to provide sufficient notice to NEW AGE to repossess the trailers prior to them being towed to another location; and/or

   d. Failing to ensure that the trailers were not towed to another location, thus incurring more costs for NEW AGE when it sought to repossess them.

35. That NEW AGE complied with its obligations pursuant to the contract.

36. That as a result of the aforementioned conduct, NEW AGE was damaged to the extent that it incurred additional costs and expenses that would not have been incurred but for the inappropriate conduct of Rodgers.

  **WHEREFORE,** Plaintiff, NEW AGE LEASING, LLC, respectfully requests that the Court grant judgment in its favor and against Defendants CR BLESSING TRANSPORTATION AND INVESTMENTS and CHEVEL RODGERS and award Plaintiff the following relief:

   A. Compensatory damages in an amount to be proven at trial; and

   B. Such other and further relief as the Court deems just and proper.

            Respectfully Submitted,

            By: /s/ Lou Karnezis

Lou Karnezis, #43958
KARNEZIS LAW GROUP, LLC
Attorneys for Plaintiff
350 South Northwest Highway
Suite 300
Park Ridge, IL 60068
Tel: (847) 656-5278
Fax: (847) 656-5201
Email: karnezislaw@gmail.com