IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEW AGE LEASING, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-229 |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL OF** |
| | ) | **ACTION UNDER 28 U.S.C. §** |
| | ) | **1441 (Diversity Jurisdiction)** |
| CR BLESSING TRANSPORTATION | ) | |
| AND INVESTMENTS, and | ) | CIRCUIT COURT OF |
| CHEVEL RODGERS | ) | COOK COUNTY |
| | ) | Case No. 2023 – M2 – 001963 |
| Defendants. | ) | |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants CR BLESSING TRANSPORTATION AND INVESTMENTS and CHEVEL RODGERS (collectively "**Defendants**"), by and through their undersigned counsel, pursuant to 28 U.S.C. § 1332, 1441(a) and 1446, hereby removes to this Court the state court action described below.

1. On or around September 19, 2023, Plaintiff NEW AGE LEASING, LLC ("**Plaintiff**"), filed an action in the Circuit Court of Cook County, Illinois under case number 2023 – M2 – 001963 against Defendants (the "**Complaint**"). Plaintiff's Complaint is attached hereto as **Exhibit A**, and is incorporated herein by reference.

2. As of the date of this filing, neither Defendant has been properly served.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) and (2)(B) as neither Defendant has been properly served.

4. Pursuant to 28 U.S.C. § 1446(b) (2)(B), both Defendants consent to removal.

5. This action is a civil action of which this Court has original jurisdiction under 28

U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff was and is a citizen of the State of Illinois and is domiciled in the State of Illinois.

7. At the time the Complaint was filed, and at all times subsequent thereto, Defendant New Age Leasing, LLC was and is incorporated in the State of California, with its principal place of business in the State of California.

8. At the time the Complaint was filed, and at all times subsequent thereto, Defendant Chevel Rodgers was and is a citizen of the State of California and is domiciled in the State of California.

9. The amount in controversy exceeds $75,000. 28 U.S.C. 1446(c)(2) permits a defendant to assert the amount in controversy where the precise amount is not stated in the state court pleading. 28 U.S.C. 1446(c)(2) (2012). Removal is proper where "the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a). *Id*.

10. The Seventh Circuit has established a low threshold for defendants in establishing the amount in controversy. "It must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal. *Barbers, Hairstyling for Men & Women, Inc. v. Bishop,* 132 F.3d 1203, 1205 (7th Cir. 1997). "Removal is proper if the defendant's estimate of the stakes is plausible. *Rubel v. Pfizer Inc.*, 361 F.3d 1015, 1020 (7th Cir. 2004).

11. In this case, Plaintiff alleged Defendants breached four (4) commercial tractor leases, and according to the referenced leases, the total amount of each of the four (4) leases is in excess of $100,000.00 per lease.

12. Moreover, after the above-captioned cause is removed to the United States District Court for the Northern District of Illinois, Defendants will be filing counterclaims against Plaintiff, its owners, managers, subsidiaries, and affiliates alleging the aforementioned have been stealing money from Defendants since the inception of the referenced leases, and will be seeking damages far in excess of $75,000.00 for the counterclaims, as well as attorney's fees, costs, and other damages.

**WHEREFORE**, Defendants CR BLESSING, LLC and CHEVEL RODGERS, pray that the above-captioned cause, currently pending in the Circuit Court of Cook County, Illinois, under Case No. 2023 – M2 – 001963, be removed therefrom to the United States District Court for the Northern District of Illinois that this cause proceed in this Court as an action properly removed thereto.

By: /s/ Steve McCann
Steve McCann
One of the Attorneys for Defendants

*Attorney for Defendants*
Steve McCann (Cook County #59143)
**Ball & McCann, P.C.**
161 N. Clark Street, Suite 1600
Chicago, IL 60601
Phone: (872) 205-6556
Steve@BallMcCannLaw.com

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, states he served the foregoing Notice of Removal and supporting documents upon the attorney(s) to who it is directed via the court's electronic filing system and/or via email and/or USPS on or before **January 10, 2024** on or before the hour of **8:00 PM**.

To:    Attn: Lou Karnezis
           KARNEZIS LAW GROUP, LLC
           350 South Northwest Highway, Suite 300
           Park Ridge, IL 60068
           lou@karnezislaw.com

                                                            */s/ Steve McCann*
                                                            Steve McCann