IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEW AGE LEASING, LLC | ) | |
| | ) | Case No. 1:24-cv-229 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CR BLESSING TRANSPORTATION, | ) | |
| AND INVESTMENTS, and | ) | |
| CHEVEL RODGERS, | ) | |
| | ) | |
| Defenants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff New Age Leasing, LLC hereby gives notice that this action is voluntarily dismissed. Neither defendant CR Blessing Transportation and Investments nor defendant Chevel Rodgers has served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices a voluntary dismissal of this action, with prejudice and without fees or costs to any party. This Notice resolves all pending matters and terminates the case.

Dated: February 16, 2024                                Respectfully submitted,

                                                        /s/ Lou Karnezis
                                                        Attorneys for Plaintiff


Lou Karnezis, #43958
Attorneys for Respondent
Karnezis Law Group, LLC.
350 South Northwest Hwy
Suite 300
Park Ridge, IL 60068
P: 847-656-5278
E: karnezislaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P.41(a)(1)(A)(i) was e-filed on February 16, 2024, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

Dated: February 16, 2024                              Respectfully submitted,

                                                      /s/ Lou Karnezis
                                                      Attorneys for Plaintiff


Lou Karnezis, #43958
Attorneys for Plaintiff
Karnezis Law Group, LLC.
350 South Northwest Hwy
Suite 300
Park Ridge, IL 60068
P: 847-656-5278
E: karnezislaw@gmail.com